# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Revised: July 23, 2013

Official Caption[1]

2013-1466

SOFPOOL LLC,

Plaintiff-Appellant,

v.

KMART CORPORATION and BIG LOTS STORES, INC.,

Defendants-Appellees.

Appeal from the United States District Court for the Eastern District of California in No. 10-CV-3333, Senior Judge Lawrence K. Karlton.

Authorized Abbreviated Caption[2]

SOFPOOL LLC V KMART CORPORATION, 2013-1466

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.